**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

WC Streater

Debtor

Chapter 13 No.   15-16244

Judge   A. Benjamin Goldgar

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on 01/05/2018, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Suite 2600, Chicago, Illinois 60601 at 5:00 p.m. on 01/05/2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1540

**SERVICE LIST**

WC Streater
P.O. Box 7678
Chicago, IL 60680

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Lisa L Haley
Geraci Law L.L.C
55 E. Monroe St. Suite #3400
Chicago, IL 60603